UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PRESS APPLICATION FOR ACCESS TO JUDICIAL RECORDS ANCILLARY TO CERTAIN GRAND JURY PROCEEDINGS CONCERNING FORMER PRESIDENT TRUMP'S COMMUNICATIONS WITH HIS ATTORNEYS | Misc. No. 23-65 (JEB) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that the Press's [1] Application for Access to Judicial Records is DENIED.

/s/ James E. Boasberg
JAMES E. BOASBERG
Chief Judge

Date:  August 18, 2023

1